**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Marcos Tulio LOPEZ, also known as Marcos Tulio Lopez–Ramirez, also known as Marcus T. Lopez, also known as Mario T. Lopez, also known as Marvin Ramirez, also known as Mario Roberto Alvarado, also known as Ricar Machorro–Salas, Defendant–Appellant.**

No. 15–2536.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 7, 2016.

Filed: Jan. 12, 2016.

Travis D. Poindexter, Asst. Fed. Public Defender, Kansas City, MO (Laine Cardarella, Fed. Public Defender, on the brief), for appellant.

Kathleen D. Mahoney, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Marcos Lopez directly appeals after he pleaded guilty to a federal immigration charge, and the district court[1] sentenced him within the unobjected-to Guidelines range to 50 months in prison and three years of supervised release. His counsel has moved to withdraw, and in a brief filed under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), he challenges the substantive reasonableness of Lopez's sentence.

Upon careful review, we conclude that the court did not abuse its discretion in

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

refusing to vary below the Guidelines range, and that the resulting sentence is not substantively unreasonable. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc) (standard of review); *United States v. Jordan*, 573 F.3d 586, 590 (8th Cir.2009). Further, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we affirm. Counsel's motion to withdraw is granted.